JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ELMIR S. SANCHEZ LOPEZ, | ) NO. CV 19-07502-KS |
|---|---|
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: June 8, 2020

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE