UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ELMIR S. SANCHEZ LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | No. CV 19-07502 KS<br><br>ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($4,100.00) subject to the terms of the stipulation.

DATE: July 8, 2020

*Karen L. Stevenson*

KAREN L. STEVENSON,
UNITED STATES MAGISTRATE JUDGE

-1-